## 64278. LARRIMORE v. THE STATE.

DEEN, Presiding Judge.

Appellant's appointed counsel has filed a motion in this court requesting permission to withdraw and, in accordance with Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1967) and *Bethay v. State,* 237 Ga. 625 (229 SE2d 406) (1976), filed a brief raising points of law which might arguably support the appeal. Pursuant to the rulings in Anders and *Bethay,* we conducted an extensive examination of the record and transcript filed in this case in order to determine if the appeal is, in fact, frivolous. Based upon that review, we have granted counsel's motion to withdraw and find that the requirements of Anders and *Bethay* have been met, that no reversible error appears in the record and that a rational trier of fact could have found from the evidence presented at trial that the appellant was guilty beyond a reasonable doubt. *Drayton v. State,* 157 Ga. App. 872 (278 SE2d 758) (1981).

*Judgment affirmed. Sognier and Pope, JJ., concur.*

DECIDED JULY 2, 1982.

*H. Lamar Cole, District Attorney,* for appellee.

## 64410. HAUPT v. GOLDENSTAR.

POPE, Judge.

Appellant having been ordered to file enumerations of error and a brief in accordance with Rules 27(a) and 14 of this court (Code Ann. §§ 24-3627 (a) and 24-3614), and appellant having failed to do so, the appeal is dismissed.

*Appeal dismissed. Deen, P. J., and Sognier, J., concur.*

DECIDED JULY 2, 1982.

Reginald C. Haupt, Jr., *pro se.*
G. W. Goldenstar, *pro se.*